THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| DAWN ZECA and ZACARIAS ZECA, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:26-cv-03560-RSL<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## I. STIPULATED MOTION

Pursuant to Local Civil Rule 83.2(b)(1), the parties hereby stipulate and move this Court for an order granting the withdrawal of attorneys Jennifer Tait Solseng and Claire W. Boren of Levy Von Beck Comstock Chastain, P.S., and the substitution of attorneys Isaac Ruiz of Ruiz & Smart LLP and Heather Derenski of Cedar View Law, PLLC as counsel for plaintiffs.

Plaintiffs' counsel hereby certifies that this motion is being served on plaintiffs in compliance with Local Civil Rule 83.2(b)(1).



RUIZ & SMART LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

RESPECTFULLY SUBMITTED October 20, 2026.

**RUIZ & SMART LLP**

By: s/ *Isaac Ruiz*
Isaac Ruiz, WSBA No. 35237
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel: 206-203-9100
iruiz@ruizandsmart.com
***Substitute Counsel for Plaintiffs***

**CEDAR VIEW LAW, PLLC**

By: s/*Heather N. Derenski*
Heather Derenski, WSBA No. 59366
3201 Smith Ave., #401
Everett, WA 98201
Tel. (425) 460-0080
heather@cedarviewlaw.com
***Substitute Counsel for Plaintiffs***

**DKM LAW GROUP, LLP**

By: s/ *Joshua N. Kastan* (per email authority)
Joshua N. Kastan, WSBA No. 50899
Rebekah H. Pfrimmer, WSBA No. 63304
Karma N. Read, WSBA No. 65526
1700 7TH Avenue, Suite 2100
Seattle, WA 98101
(206) 357-8423
jnk@dkmlawgroup.com
rhp@dkmlawgroup.com
knr@dkmlawgroup.com
***Counsel for Defendant***

**LEVY | VON BECK | COMSTOCK | CHASTAIN | P.S.**

By: s/ *Jennifer Tait Solseng* (per email authority)
Jennifer Tait Solseng, WSBA No. 29475
Claire W. Bowen, WSBA No. 56909
1200 Fifth Ave., Suite 1850
Seattle, WA 98101
(206) 626-5444
jennifer@levy-law.com
claire@levy-law.com
***Withdrawing Counsel for Plaintiffs***

## II ORDER

Pursuant to the parties' stipulation, the Court grants the motion for withdrawal of Jennifer Tait Solseng and Claire W. Boren of Levy Von Beck Comstock Chastain, P.S. and the substitution of Isaac Ruiz of Ruiz & Smart LLP and Heather Derenski of Cedar View Law PLLC as counsel for plaintiffs.

IT IS SO ORDERED.

DATED October 21, 2026.

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

**RUIZ & SMART LLP**

By: s/ *Isaac Ruiz*
Isaac Ruiz, WSBA No. 35237
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel: 206-203-9100
iruiz@ruizandsmart.com
***Substitute Counsel for Plaintiffs***

**CEDAR VIEW LAW, PLLC**

By: s/*Heather N. Derenski*
Heather Derenski, WSBA No. 59366
3201 Smith Ave., #401
Everett, WA 98201
Tel. (425) 460-0080
heather@cedarviewlaw.com
***Substitute Counsel for Plaintiffs***